1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANDREW FELIX,

           Petitioner,

      v.

L.S. McEWEN, Warden,

           Respondent.

No. ED CV 12-741 PA (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which the parties have objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that Judgment be entered GRANTING the petition as to

2  Petitioner's gang enhancement finding.  The writ of habeas corpus requiring the

3  state superior court to re-sentence Petitioner will issue if, within 90 days from the

4  date of the Judgment or the conclusion of appellate proceedings (whichever is

5  later), the State of California does not retry Petitioner on the enhancement.

6

7

8  DATE: August 17, 2016    _____

9                            HON. PERCY ANDERSON
                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28