# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FELIX,<br><br>      Petitioner,<br><br>      v.<br><br>L.S. McEWEN, Warden,<br><br>      Respondent. | No. ED CV 12-741 PA (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for a writ of habeas corpus is conditionally granted as to Petitioner's gang enhancement finding. The writ requiring the state superior court to re-sentence Petitioner will issue if, within 90 days from the date of the Judgment or the conclusion of appellate proceedings (whichever is later), the State of California does not retry Petitioner on the gang enhancement.

DATE: August 17, 2016

_____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE